05/28/2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) Civil action No. 1:26-cv-1007 ) |
| 1ST CHOICE HEATING & AIR CONDITIONING LLC a/k/a 1ST CHOICE AIR COMFORT AC & FURNACE REPAIR | ) ) ) ) ) |
| Defendant. | ) ) |

## REQUEST FOR ADDITONAL TIME TO RESPOND
## TO COMPLAINT DUE TO ANTICIPATED SETTLEMENT

Defendant, 1st Choice Heating & Air Conditioning LLC a/k/a 1st Choice Air Comfort AC & Furnace Repair ("1st Choice"), by and through Gabriel Matthews as Registered Agent and as a Pro Se party to this Complaint, respectfully requests that Defendant be permitted additional time to respond to the Complaint due to ongoing, productive settlement discussions.

1.  Plaintiff, Trustees of the United Association National Pension Fund ("Fund"), filed the Complaint in this action against Defendant, "1st Choice" and, collectively with the Plaintiff, "Parties", on April 13, 2026. (Docket No. 1.)

2.  On April 21, 2026, the Complaint and Summons were served by private process server on Chris Riley, Managing Member of Defendant, at 132 Easy Street, Howell, New Jersey 07731. (Docket No. 7.)

3.  Defendant contacted Plaintiff's counsel to discuss a potential out of court resolution of this matter.  The Parties are approaching an agreement in principle that would resolve all claims without burdening the Court unnecessarily.

4.  A STATUS REPORT AND REQUEST FOR ADDITONAL TIME TO REQUEST ENTRY OF DEFAULT DUE TO ANTICIPATED SETTLEMENT was requested by the Plaintiff, and granted by the Court, on May 14, 2026, extending the deadline to Friday, May 29, 2026.

5.  Defendant received a Summary of Damages ("Summary") from Plaintiff's attorneys by email on May 26, 2026.

6.  Defendant respectfully requests that the Court allow Defendant additional time to review "Summary", address "Summary" findings, and continue ongoing settlement discussions with Plaintiff's counsel to resolve this matter in a timely manner.

Respectfully Submitted,

By: _____

    Gabriel Matthews, Registered Agent
    1st Choice Heating & Air Conditioning LLC a/k/a
Date: <u>May 28, 2026</u>    1st Choice Air Comfort AC & Furnace Repair
    2220 Landmark Place  Suite 5
    Manasquan, NJ  08736
    Telephone No: 732.256.9149
    Office@1stchoiceaircomfort.com