IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE UNITED            )
ASSOCIATION NATIONAL              )
PENSION FUND,                     )
                                  )
                                  )
        Plaintiff,                )
                                  )
v.                                )   Civil Action No. 1:26-cv-01007 (MSN/IDD)
                                  )
1ST CHOICE HEATING & AIR          )
CONDITIONING LLC a/k/a 1ST CHOICE )
AIR COMFORT AC &                  )
FURNACE REPAIR,                   )
                                  )
                                  )
        Defendant.                )
_____ )

## ORDER

This matter is before the Court on the Defendant's Request for Additional Time to Respond to Complaint Due to Anticipated Settlement ("Motion") [Dkt. No. 10]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for lack of good cause shown, it is hereby

ORDERED that the Motion is **DENIED without prejudice.** No notices of appearance have been filed on behalf of Defendant 1st Choice Heating & Air Conditioning LLC. In federal court, business entities, including LLCs, must be represented by a licensed attorney; business entities may not proceed *pro se*. The Defendant must be represented by counsel in order to proceed in litigating this matter. Additionally, only a licensed attorney representing the Defendant can file such requests for relief with the Court.

The Clerk is directed to forward copies of this Order to the Defendant's registered agent and all counsel of record.

ENTERED this 1st day of June 2026.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia